FILED

08/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0282

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0282

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

RYAN PATRICK SULLIVAN,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 15, 2021, to prepare, file, and serve the Appellant's opening brief.

Dated this 23rd day of August, 2021.

_____

Clerk of Supreme Court